No. 77–6016. FRANKLIN ET AL. *v.* SHIELDS ET AL. C. A. 4th Cir. Motion of Public Defender of Wisconsin for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE

---

MARSHALL would grant certiorari.